THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALFRED VOLCKMANN, Appellant.

Argued November 24, 1936; decided December 31, 1936.

*Clermonte G. Tennant* for appellant.

*John C. Welsh, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.